■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN COLLINS, Appellant. [18 NYS3d 329]—Judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered March 18, 2010, resentencing defendant to a term of 10 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.